


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 15, 2020

**BY ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Justin Lopez,* **13 Cr. 605 (JMF)**

Dear Judge Furman:

    The Government writes in response to the Court's October 13, 2020 Order (Dkt. 294) to submit this status report regarding the above-captioned matter, and to respectfully request, on behalf of the parties, a two-week adjournment of the violation of supervised release proceeding currently scheduled for October 26, 2020.

    Since the parties' September 10, 2020 status update to the Court (Dkt. 292), the Government arranged for detectives from the New York City Police Department to obtain DNA evidence from the defendant, with his consent. The DNA evidence, which was obtained from the defendant on October 8, 2020, is currently being examined with DNA evidence obtained from the firearm that is related to Violations 6, 7, and 8 of the United States Probation Department's May 29, 2020 Amended Violation Report (the "Amended Violation Report"). The results of the DNA examination will provide additional information to the parties as we discuss how to proceed with respect to Violations 6, 7, and 8 of the Amended Violation Report. Based on discussions with the Office of the Bronx District Attorney, the Government understands that this DNA examination may take approximately three to six weeks to complete.

    Accordingly, the Government, the defendant, and the Probation Office respectfully request an adjournment of approximately two weeks to allow time for the DNA evidence to be examined and the results to be made available, which will inform how the parties will proceed as to the violations specified in the Amended Violation Report. Should the results of the DNA evidence

Honorable Jesse M. Furman
October 15, 2020
Page 2 of 2

become available before any scheduled proceeding, the parties will promptly inform the Court and provide the Court with a proposal for how to proceed.

                                                         Respectfully submitted,

                                                         AUDREY STRAUSS
                                                         Acting United States Attorney

                              By:     /s/ Negar Tekeei_____
                                               Negar Tekeei
                                             Assistant United States Attorney
                                             (212) 637-2482

cc:    Neil Checkman, Esq. (by email)
        Godwin Ogunmefun, U.S. Probation Officer (by email)

The October 26, 2020 proceeding is ADJOURNED sine die. Instead of scheduling a new date at this time, the parties shall file a status update no later than November 9, 2020, and propose next steps. After reviewing the letter, the Court will set a new conference date. The Clerk of Court is directed to terminate Doc. # 295.

                                SO ORDERED.

                                October 16, 2020