UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-v- : 13-CR-605-4 (JMF)
:
JUSTIN LOPEZ, : SCHEDULING ORDER
:
Defendants. :
:
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

IT IS HEREBY ORDERED that the parties shall appear for a violation of supervised release conference in this matter on **January 23, 2025** at **12:30 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: January 15, 2025
       New York, New York

_____
JESSE M. FURMAN
United States District Judge